UNITED STATES of America, Plaintiff–Appellee,

v.

Valerano JIMENEZ–MARICAL, a.k.a. Valerano Jimenez–Marcial, Defendant–Appellant.

No. 13–10611.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 23, 2014.*

Filed Sept. 30, 2014.

Joseph Alioto, Jr., Assistant U.S., Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Mark Paige, Mesa, AZ, for Defendant–Appellant.

Before: W. FLETCHER, RAWLINSON, and CHRISTEN, Circuit Judges.

MEMORANDUM ***

Valerano Jimenez–Marical appeals from the district court's judgment and challenges his guilty-plea conviction and 33–month sentence for reentry of a removed alien, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Jimenez–Marical's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Jimenez–Marical the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Jimenez–Marical has waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson,* 582 F.3d 974, 986–88 (9th Cir.2009). We accordingly dismiss the appeal. *See id.* at 988.

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Counsel's motion to withdraw is **GRANTED**.

**DISMISSED.**

---

\*\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.